## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATAGONIA, INC.<br><br>       Plaintiff(s),<br><br>  v.<br><br>SHIRTFORMULA<br><br>       Defendant(s). | CASE NO.<br>2:23−cv−00239−DSF−MAR<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

    Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed. Plaintiff is ordered to file a motion for default judgment on or before 7/24/2023. Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: June 22, 2023        /s/ *Dale S. Fischer*
                                                Dale S. Fischer
                                                United States District Judge