JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATAGONIA, INC.,<br>Plaintiff,<br><br>v.<br><br>SHIRTFORMULA,<br>Defendant. | CV 23-0239 DSF (MARx)<br><br>Judgment |

The Court having issued its Order Granting Motion for Default Judgment,

IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Patagonia, Inc. and against Shirtformula in the amount of $230,000 in statutory damages for copyright infringement and counterfeiting, and $8,200 in fees.  Shirtformula, its principals, officers, agents, employees, attorneys, successors, assigns, affiliates, joint ventures, and any person(s) in active concert or participation with Shirtformula, and/or any person(s) acting for, with, by, through, or under its control, who receive(s) actual notice of the Order or this Judgment, are permanently enjoined and restrained, anywhere in the world, directly or indirectly, from doing, authorizing or procuring any persons to do any of the following until such time as this Judgment is vacated or modified by further Court order:

(a) Manufacturing, licensing, selling, offering for sale, distributing, importing, exporting, advertising, promoting, or displaying any goods or services, or participating in the manufacture, license, sale, offer for sale, distribution, import, export, advertisement, promotion, or display of any goods or services that display any of Shirtformula's Designs found to be infringing in this lawsuit or any other designation or design infringing on

the Patagonia Marks or P-6 Logo Copyright for which Shirtformula has been found liable for infringement in the Order;

(b) Manufacturing, licensing, selling, offering for sale, distributing, importing, exporting, advertising, promoting, or displaying any goods or services, or participating in the manufacture, license, sale, offer for sale, distribution, import, export, advertisement, promotion, or display of any goods or services that display a copy of Patagonia's copyrighted P-6 design, or any other graphic that is substantially similar to the P-6 design;

(c) Using any word, term, name, symbol, device, or combination thereof that causes or is likely to cause confusion, mistake, or deception as to the affiliation or association of Shirtformula or its products or services with Patagonia, or as to the origin of Shirtformula's goods or services, or any false designation of origin, false or misleading description or representation of fact, or any false or misleading advertising;

(d) Further infringing the rights to the Patagonia Marks as to which Shirtformula has been found liable for infringement, or otherwise damaging Patagonia's goodwill or business reputation;

(e) Further diluting the Patagonia Marks;

(f) Assisting, aiding or abetting any person or entity engaging in or performing any act prohibited by this Judgment.


Date: August 21, 2023

Dale S. Fischer
United States District Judge